IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-32788 |
| | § | |
| 2020 MCGOWEN, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**MOTION TO CONVERT FROM CHAPTER 7 CASE TO CHAPTER 11 CASE**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, no hearing will be held and the relief requested in the motion may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

COMES NOW, 2020 MCGOWEN, LLC, Debtor in the above-captioned and numbered bankruptcy proceeding and files this Motion to Convert from Chapter 7 Case to Chapter 11 Case and would respectfully show unto this Court the following:

1. On May 1, 2017 Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. A meeting of creditors has not yet been held.

3. No prior conversions have been entered in this case.

4. The Debtor is eligible under section 109 of the Bankruptcy Code to be a Debtor under Chapter 11.

5. Debtor wishes to convert its case to a Chapter 11 Bankruptcy.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this case be converted to a Chapter 11 Case and for such other and further relief as is just.

Dated: May 25, 2017                                                      Respectfully submitted,

                                                                         The King Law Firm

                                                                         */s/ Lee Keller King*
                                                                         Lee Keller King
                                                                         Southern District Bar No. 18847
                                                                         State Bar No. 00792016
                                                                         1001 West Loop South, Ste. 700
                                                                         Houston, TX 77027
                                                                         (281) 740-9385
                                                                         leekellerking@gmail.com

## CERTIFICATE OF SERVICE

The below signed hereby certifies that a true and correct copy of the foregoing has been served on all parties via regular US mail and/or the Court's CM/ECF system:

William S. Chesney, III
Attorney in Charge
CHESNEY & TURET, L.L.P.
9225 Katy Fwy, Ste. 250
Houston, Texas 77024-1564
Telephone: 713.224.9400
Facsimile: 713.224.0609

***Counsel for creditors, Stallion Funding, L.L.C., Equity Trust Co. f/b/o Richard Allan Froom IRA 112932, Scot Hill, Lisa Hill, Suresh Penikalapati, Gene Swanberg, Charles Turner and Melissa Zaplatar***

Randy W Williams, Trustee
THOMPSON & KNIGHT LLP
333 Clay, Ste 3300
Houston, TX 77002
713-654-8111

US Trustee
OFFICE OF THE US TRUSTEE
515 Rusk Ave, Ste 3516
Houston, TX 77002
713-718-4650

Dated: May 25, 2017                                                      */s/ Lee Keller King*
                                                                         Lee Keller King