

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/09/2017

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-32788 |
| | § | |
| 2020 MCGOWEN, LLC, | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER EXTENDING TIME FOR FILING SCHEDULES AND STATEMENTS
(Docket No. 10)

CAME BEFORE THIS COURT Debtor's Motion to Extend Time to File Schedules and Statements and the Court having considered such motion finds that it should be granted. It is therefore;

ORDERED that the time to file schedules and statements in the above entitled and numbered case is extended until ___June 23___, 2017.

IT IS SO ORDERED.

###

Signed:  June 09, 2017.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE