

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/11/2017

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-32788 |
| | § | |
| 2020 MCGOWEN, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER SUSTAINING DEBTOR'S MOTION TO CONVERT FROM CHAPTER 7 CASE TO CHAPTER 11 CASE

(Docket No. 11)

On this day came on to be considered the Debtor's Motion to Convert from Chapter 7 Case to Chapter 11 Case, and it appearing to the Court that due notice has been given to the parties in interest; and that there is no opposition to the conversion of the case;

IT IS THEREFORE ORDERED that the above-referenced case is hereby Converted to a Chapter 11 Case.

Signed:  August 09, 2017.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE