| PAYMENT HISTORY: MCGOWEN-3 (12 Units) Promissory Note Dated 7.29.2016 [$3,550,000.00] |||||||||| 
|---|---|---|---|---|---|---|---|---|---|
| Date Due | Date Received | Total Amount Received | Applied To Interest | Applied To Principal | Applied To Late Charges | Applied To Reserve | Applied To Impound | Other Payments | Notes |
| 08/01/2016 | 08/08/2016 | $1,726.03 | $1,726.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/01/2016 | 09/01/2016 | $19,029.07 | $19,029.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 10/01/2016 | 10/14/2016 | $20,151.13 | $19,652.50 | $0.00 | $0.00 | $0.00 | $0.00 | $498.63 | *additional short interest owed from closing* |
| 11/01/2016 | 11/21/2016 | $22,125.26 | $21,071.68 | $0.00 | $1,053.58 | $0.00 | $0.00 | $0.00 | |
| 12/01/2016 | 12/12/2016 | $24,434.24 | $24,434.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 01/01/2017 | 01/12/2017 | $28,228.30 | $28,228.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | **$115,694.03** | **$114,141.82** | **$0.00** | **$1,053.58** | **$0.00** | **$0.00** | **$498.63** | |

**Exhibit C**