T-0012.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2020 MCGOWEN, L.L.C., | § | |
| | § | |
| Debtor | § | |
| _____ | § | |
| | § | |
| STALLION FUNDING, L.L.C. et al., | § | |
| | § | CASE NO. 17-32788-H2-7 |
| Movant | § | |
| vs. | § | |
| | § | |
| 2020 MCGOWEN, L.L.C., | § | |
| | § | |
| Respondent | § | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AFTER HEARING
(This Order Resolves Docket # _____)

STALLION FUNDING, L.L.C. et al. ("Movant"), filed a motion for relief from the automatic stay against the following real property:

> **All of Lots One (1) through Twelve (12), inclusive, Block One (1) VIEWPOINT SQUARE REPLAT No. 2, a subdivision of 0.8597 acre, according to the map or plat thereof recorded in Film Code No. 674649 of the Map Records of Harris County, Texas ("Property").**

Movant represented to the Court that it had served the Motion in accordance with all applicable rules and provided notice of the hearing.

_____   Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____   The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____   The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

T-0012.10

_____   After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____   No timely response was filed. Accordingly, the motion is granted by default.

_____   As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

_____   Accordingly, it is **ORDERED** that Movant is granted relief from the automatic stay [and the co debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____   Movant is awarded attorney's fees in the amount of $_____.

_____   The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

```
┌─────────────────────────────────────────────────────────────┐
│                                                             │
│                    ReservedForJudgeSignature                │
└─────────────────────────────────────────────────────────────┘
```

Approved by Debtor's Counsel: _____
                                            (Signature)