**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| 2020 MCGOWEN, LLC | : | Case No. 17-32788 |
| | : | Chapter 11 |
| DEBTOR | : | |

**DEBTOR'S EXHIBIT LIST RELATES TO:**

**MOTION FOR RELIEF FROM THE STAY**
**REGARDING NON-EXEMPT PROPERTY (LOTS 1-12, BLOCK 1,**
**VIEWPOINT SQUARE REPLAT NO. 2) (DOC. NO. 36)**

**MOTION FOR RELIEF FROM THE STAY**
**REGARDING NON-EXEMPT PROPERTY (LOTS 13-17, BLOCK 1,**
**VIEWPOINT SQUARE REPLAT NO. 2) (DOC. NO. 37)**

**MOTION FOR RELIEF FROM THE STAY**
**REGARDING NON-EXEMPT PROPERTY (LOTS 18-23, BLOCK 1,**
**VIEWPOINT SQUARE REPLAT NO. 2) (DOC. NO. 38)**

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Schedules and Statement of Financial Affairs filed by the Debtor (Doc. No. 15). | | | | |
| 2 | New Home Contract for 2020 McGowen Unit W, Houston, Texas 77004, executed. | | | | |
| 3 | Plaintiff's Verified Original Petition, Request for Disclosure and Application for Injunctive Relief, Case No. 2017-28645 filed in the 234th Judicial District Court of Harris County, Texas on April 28, 2017. | | | | |

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | All Exhibits designated by Movants on their Exhibit List |  |  |  |  |
|  |  |  |  |  |  |

Respectfully submitted,

 /s/ Larry A. Vick
LARRY A. VICK
Texas Bar No.  20563500
10497 Town & Country Way, Suite 700
Houston, Texas 77024
lv@larryvick.com
(713) 239-1062
(832) 202-2821 - Fax

ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2017, a true and correct copy of the above and foregoing Exhibit List was served on Mr. William S. Chesney, III, Frank, Elmore, Lievens, Chesney & Turet, L.L.P., Attorneys for Movants, at 9225 Katy Freeway, Suite 250, Houston, Texas 77024 by Hand Delivery, to 2020 McGowen, LLC, Debtor, at 823 Yale Street, Houston, TX 77007, to the U. S. Trustee, and upon all parties on the Court's ecf system by U.S. Mail and/or via the ecf.

/s/ Larry A. Vick
Larry A. Vick