IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| 2020 MCGOWEN, LLC | : | Case No. 17-32788 |
| | : | Chapter 11 |
| DEBTOR | : | |

### DEBTOR'S WITNESS LIST RELATES TO:

**MOTION FOR RELIEF FROM THE STAY
REGARDING NON-EXEMPT PROPERTY (LOTS 1-12, BLOCK 1,
VIEWPOINT SQUARE REPLAT NO. 2) (DOC. NO. 36)**

**MOTION FOR RELIEF FROM THE STAY
REGARDING NON-EXEMPT PROPERTY (LOTS 13-17, BLOCK 1,
VIEWPOINT SQUARE REPLAT NO. 2) (DOC. NO. 37)**

**MOTION FOR RELIEF FROM THE STAY
REGARDING NON-EXEMPT PROPERTY (LOTS 18-23, BLOCK 1,
VIEWPOINT SQUARE REPLAT NO. 2) (DOC. NO. 38)**

1.     William Toomey of 2020 McGowen, LLC, Debtor.

2.     David M. Medina, Chamberlain Hrdlicka, White, Williams & Aughtry, Inc.,
Attorney for 2020 McGowen, LLC in the State Court Suit.

3.     Any witness called by the Movants.

Respectfully submitted,

 /s/ Larry A. Vick
LARRY A. VICK
Texas Bar No.  20563500
10497 Town & Country Way, Suite 700
Houston, Texas 77024
lv@larryvick.com
(713) 239-1062
(832) 202-2821 - Fax

ATTORNEY FOR DEBTOR

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 5th day of December, 2017, a true and correct copy of the above and foregoing Exhibit List was served on Mr. William S. Chesney, III, Frank, Elmore, Lievens, Chesney & Turet, L.L.P., Attorneys for Movants, at 9225 Katy Freeway, Suite 250, Houston, Texas 77024 by Hand Delivery, to 2020 McGowen, LLC, Debtor, at 823 Yale Street, Houston, TX 77007, to the U. S. Trustee, and upon all parties on the Court's ecf system by U.S. Mail and/or via the ecf.

                 /s/ Larry A. Vick
                 LARRY A. VICK