**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | 2020 McGowen, LLC<br>Debtor | Case No.: 17−32788<br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

David J. Bradley
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:  
2020 McGowen, LLC  
    Debtor

Case No. 17-32788-drj  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0541-4     User: hcar    Page 1 of 2    Date Rcvd: Feb 12, 2018  
                   Form ID: ntctran    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.  
db         +2020 McGowen, LLC,   832 Yale,   Houston, TX 77007-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          Austerra Stable Growth Fund, L.P.  
cr          Charles Turner  
cr          Equity Trust Co. f/b/o Richard Allan Froom IRA 112  
cr          Gene Swanberg  
cr          Kenneth Hollins  
cr          Melissa Zaplatar  
cr          Scot Hill and Lisa Hill  
cr          Stallion Funding, L.L.C.  
cr          Stallion Texas Real Estate Fund, L.L.C.  
cr          Suresh Penikalapati  
                                                                               TOTALS: 10, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2018 at the address(es) listed below:  
         Hector  Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov  
         Johnie J Patterson    on behalf of Debtor    2020 McGowen, LLC jjp@walkerandpatterson.com,  
         mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com  
         Larry A. Vick    on behalf of Debtor    2020 McGowen, LLC lv@larryvick.com  
         Lee Keller King    on behalf of Debtor    2020 McGowen, LLC leekellerking@gmail.com,  
         leekellerking@hotmail.com  
         US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV  
         William L Van Fleet, II    on behalf of Creditor    Scot Hill and Lisa Hill bvfleet@comcast.net,  
         tdeison@felct.com  
         William L Van Fleet, II    on behalf of Creditor Charles  Turner bvfleet@comcast.net,  
         tdeison@felct.com  
         William L Van Fleet, II    on behalf of Creditor Gene  Swanberg bvfleet@comcast.net,  
         tdeison@felct.com  
         William L Van Fleet, II    on behalf of Creditor    Suresh Penikalapati bvfleet@comcast.net,  
         tdeison@felct.com  
         William L Van Fleet, II    on behalf of Creditor    Stallion Funding, L.L.C. bvfleet@comcast.net,  
         tdeison@felct.com  
         William L Van Fleet, II    on behalf of Creditor    Equity Trust Co. f/b/o Richard Allan Froom IRA  
         112932 bvfleet@comcast.net,   tdeison@felct.com  
         William S Chesney, III    on behalf of Creditor Gene  Swanberg wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor    Austerra Stable Growth Fund, L.P.  
         wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor Kenneth  Hollins wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor    Equity Trust Co. f/b/o Richard Allan Froom IRA  
         112932 wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor Melissa  Zaplatar wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor    Suresh Penikalapati wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor Charles  Turner wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor    Stallion Funding, L.L.C. wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor    Stallion Texas Real Estate Fund, L.L.C.  
         wchesney@felct.com  
         William S Chesney, III    on behalf of Creditor    Scot Hill and Lisa Hill wchesney@felct.com

```
District/off: 0541-4          User: hcar              Page 2 of 2             Date Rcvd: Feb 12, 2018
                              Form ID: ntctran        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 21