| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **2020 McGowen, LLC** | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | | EIN | 47–1084747 |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Texas** | | Date case filed in chapter **7** | **5/1/17** |
| Case number: | **17–32788** | | Date case converted to chapter **11** | **8/9/17** |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case     12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | 2020 McGowen, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 832 Yale<br>Houston, TX 77007 | |
| 4. | **Debtor's attorney**<br>Name and address | Lee Keller King<br>Jetall Companies, Inc.<br>2500 West Loop S.<br>Suite 255<br>Houston, TX 77027 | Contact phone  281–740–9385<br><br>Email: leekellerking@gmail.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Office Hours: 8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250–5500<br><br>Date: 8/23/17 |

**For more information, see page 2 >**

Debtor **2020 McGowen, LLC**  Case number **17–32788**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 19, 2017 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Suite 3401, 515 Rusk Ave, Houston, TX 77002** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints:** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **12/18/17** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

Official Form 309E (For Individuals or Joint Debtors)  **Notice of Chapter 11 Bankruptcy Case**  page 2

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                        Case No. 17-32788-drj
2020 McGowen, LLC                                             Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0541-4        User: dhan              Page 1 of 2       Date Rcvd: Aug 23, 2017
                            Form ID: 309E           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db            +2020 McGowen, LLC,    832 Yale,    Houston, TX 77007-1538
aty           +Larry A. Vick,    Attorney at Law,    10497 Town & Country Way, Suite 700,
                Houston, TX 77024-1135
aty           +William L Van Fleet, II,    Frank Elmore et al,    9225 Katy Freeway,    Ste 250,
                Houston, TX 77024-1564
9992739        Cepeda Drywall,    3136 Parker Road,    Houston, TX 77093
9992741       +House of Power Electric LC,    4525 S. Pinemont Drive, Suite 114,    Houston, TX 77041-9353
9992742       +Houston Dump Truck and Trailers,    11415 Chimney Rock Road, #208,    Houston, TX 77035-2958
9992743       +Larry A. Vick,    10497 Town & Country Way, Suite 700,    Houston, TX 77024-1135
9992744        Nick's Plumbing & Sewer Service, Inc.,    1420 N. Durham Drive,    Houston, TX 77008-3736
9992745        Paull & Partners Investments LLC,    7556 Renwick Drive,    Houston, TX 77081-7107
9992746       +Southwest Managment District,    6588 Corporate Drive, Suite 168,    Houston, TX 77036-3476
9992747       +Stallion Texas Real Estate Fund LLC,    10119 Lake Creek Parkway, Suite 202,
                Austin, TX 78729-1785
9992748       +Terry Fisher,    832 Yale Street,    Houston, TX 77007-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Aug 23 2017 20:38:25      Hector Duran,
                U.S. Trustee,    515 Rusk,    Ste 3516,    Houston, Tx 77002-2604
aty            E-mail/Text: leekellerking@gmail.com Aug 23 2017 20:37:21      Lee Keller King,
                Jetall Companies, Inc.,    2500 West Loop S.,    Suite 255,    Houston, TX 77027
aty            E-mail/Text: wchesney@felct.com Aug 23 2017 20:38:40      William S Chesney, III,
                Frank, Elmore et al,    9225 Katy Freeway, Ste. 250,    Houston, TX 77024-1564
ust           +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Aug 23 2017 20:38:25      US Trustee,
                Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
9992740        E-mail/Text: wchesney@felct.com Aug 23 2017 20:38:40
                Frank, Elmore, Lievens, Chesney & Turet,    9225 Katy Freeway, Suite 250,
                Houston, TX 77024-1564
9992749       +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Aug 23 2017 20:38:25      U. S. Trustee,
                515 Rusk, Suite 3615,    Houston, TX 77002-2604
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Charles Turner
cr             Equity Trust Co. f/b/o Richard Allan Froom IRA 112
cr             Gene Swanberg
cr             Melissa Zaplatar
cr             Scot Hill and Lisa Hill
cr             Stallion Funding, L.L.C.
cr             Stallion Texas Real Estate Fund, L.L.C.
cr             Suresh Penikalapati
                                                                            TOTALS: 8, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
              Hector Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Larry A. Vick    on behalf of Debtor    2020 McGowen, LLC lv@larryvick.com
              Lee Keller King    on behalf of Debtor    2020 McGowen, LLC leekellerking@gmail.com,
               leekellerking@hotmail.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William L Van Fleet, II    on behalf of Creditor    Scot Hill and Lisa Hill bvfleet@comcast.net,
               tdeison@felct.com
```

```
District/off: 0541-4          User: dhan              Page 2 of 2                  Date Rcvd: Aug 23, 2017
                              Form ID: 309E           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William L Van Fleet, II    on behalf of Creditor Charles  Turner bvfleet@comcast.net, tdeison@felct.com
          William L Van Fleet, II    on behalf of Creditor Gene  Swanberg bvfleet@comcast.net, tdeison@felct.com
          William L Van Fleet, II    on behalf of Creditor   Stallion Funding, L.L.C. bvfleet@comcast.net, tdeison@felct.com
          William L Van Fleet, II    on behalf of Creditor    Suresh Penikalapati bvfleet@comcast.net, tdeison@felct.com
          William L Van Fleet, II    on behalf of Creditor    Equity Trust Co. f/b/o Richard Allan Froom IRA 112932 bvfleet@comcast.net, tdeison@felct.com
          William S Chesney, III    on behalf of Creditor Melissa  Zaplatar wchesney@felct.com
          William S Chesney, III    on behalf of Creditor Gene  Swanberg wchesney@felct.com
          William S Chesney, III    on behalf of Creditor    Suresh Penikalapati wchesney@felct.com
          William S Chesney, III    on behalf of Creditor Charles  Turner wchesney@felct.com
          William S Chesney, III    on behalf of Creditor    Stallion Texas Real Estate Fund, L.L.C. wchesney@felct.com
          William S Chesney, III    on behalf of Creditor    Stallion Funding, L.L.C. wchesney@felct.com
          William S Chesney, III    on behalf of Creditor    Equity Trust Co. f/b/o Richard Allan Froom IRA 112932 wchesney@felct.com
          William S Chesney, III    on behalf of Creditor    Scot Hill and Lisa Hill wchesney@felct.com

                                                                                                                                   TOTAL: 18