| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **2020 McGowen, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-32788** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $6,584,000.00 | $4,902,629.00 |
|---|---|---|---|
| **Stallion Texas Real Estate Fund LLC** | **All Real Estate** | | |

**Creditor's mailing address**
**10119 Lake Creek Parkway, Suite 202**

**Describe the lien**
**Deed of Trust**

**Austin            TX     78729**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $6,584,000.00

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1

| | |
|---|---|
| Debtor **2020 McGowen, LLC** | Case number (if known) **17-32788** |

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Frank, Elmore, Lievens, Chesney & Turet** <br> **9225 Katy Freeway, Suite 250** <br><br> **Houston**     **TX**     **77024-1564** | Line **2.1** | ___ ___ ___ ___ |

| | | |
|---|---|---|
| Official Form 206D | Part 2 of Schedule D: Creditors Who Have Claims Secured by Property | page 2 |