# Southern District of Texas
# Claims Register

### [17-32788 2020 McGowen, LLC](#) Converted 08/09/2017

**Judge:** David R Jones     **Chapter:** 11
**Office:** Houston     **Last Date to file claims:** 12/18/2017
**Trustee:**     **Last Date to file (Govt):**

| Creditor: (10134143)<br>House of Power Electric, LC<br>Carl Mann, Attorney at Law<br>4925 Cedar St.<br>Bellaire, TX 77401 | **Claim No: 1**<br>*Original Filed Date*: 12/14/2017<br>*Original Entered Date*: 12/14/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 LynetteSlayton<br>*Modified:* |
|---|---|---|

| Amount claimed: | $49054.00 |
|---|---|
| Secured claimed: | $49054.00 |

*History:*

| Details | 1-1 | 12/14/2017 | Claim #1 filed by House of Power Electric, LC, Amount claimed: $49054.00 (LynetteSlayton, 2) |
|---|---|---|---|

*Description:* (1-1) Labor and Materials furnished
*Remarks:* (1-1) Texas Property Code Chapter 53 Mechanic's lien

| Creditor: (10144632)<br>Stallion Texas Real Estate Fund, L.L.C.<br>Attn: Vincent Balagia<br>10119 Lake Creek Pkway, Ste. 202<br>Austin, Texas 78729 | **Claim No: 2**<br>*Original Filed Date*: 12/29/2017<br>*Original Entered Date*: 12/29/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* William S Chesney, III<br>*Modified:* |
|---|---|---|

| Amount claimed: | $1400682.93 |
|---|---|
| Secured claimed: | $1400682.93 |

*History:*

| Details | 2-1 | 12/29/2017 | Claim #2 filed by Stallion Texas Real Estate Fund, L.L.C., Amount claimed: $1400682.93 (Chesney, William) |
|---|---|---|---|

*Description:* (2-1) Money loaned; Promissory Note 10.12.15
*Remarks:*

| Creditor: (10171253)<br>Stallion Funding, L.L.C., | **Claim No: 3**<br>*Original Filed Date*: 02/07/2018<br>*Original Entered Date*: 02/07/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* William S Chesney, III<br>*Modified:* |
|---|---|---|

*History:*

| Details | 3-1 | 02/07/2018 | Claim #3 filed by Stallion Funding, L.L.C.,, Amount claimed: $1641901.22 (Chesney, William) |
|---|---|---|---|

*Description:* (3-1) Money Loaned
*Remarks:*

| Amount | claimed: | $1641901.22 | |
|---|---|---|---|
| Secured | claimed: | $1641901.22 | |

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 02/07/2018 | Claim #3 filed by Stallion Funding, L.L.C.,, Amount claimed: $1641901.22 (Chesney, William) |
| Description: (3-1) Money Loaned | | | |
| Remarks: | | | |

| Creditor: (10171253) Stallion Funding, L.L.C., | Claim No: 4<br>Original Filed Date: 02/07/2018<br>Original Entered Date: 02/07/2018 | Status:<br>Filed by: CR<br>Entered by: William S Chesney, III<br>Modified: |
|---|---|---|

| Amount | claimed: | $2986899.01 | |
|---|---|---|---|
| Secured | claimed: | $2986899.01 | |

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 02/07/2018 | Claim #4 filed by Stallion Funding, L.L.C.,, Amount claimed: $2986899.01 (Chesney, William) |
| Description: (4-1) Money Loaned | | | |
| Remarks: | | | |

## Claims Register Summary

Case Name: 2020 McGowen, LLC
Case Number: 17-32788
Chapter: 11
Date Filed: 05/01/2017
Total Number Of Claims: 4

| Total Amount Claimed* | $6078537.16 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $6078537.16 | |
| Priority | | |
| Administrative | | |

### PACER Service Center

**Transaction Receipt**

02/18/2018 13:30:04

| PACER | wp0069:2663550:0 | Client |
|---|---|---|

| | | | |
|---|---|---|---|
| **Login:** | | **Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 17-32788 Filed or Entered From: 2/19/2013 Filed or Entered To: 12/31/2018 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |