# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Bankruptcy Petition #: 17-32788

|  |  |
|---|---|
| *Assigned to:* David R Jones | *Date filed:* 05/01/2017 |
| Chapter 11 | *Date converted:* 08/09/2017 |
| Previous chapter 7 | *341 meeting:* 09/19/2017 |
| Original chapter 7 | *Deadline for filing claims:* 12/18/2017 |
| Voluntary |  |
| No asset |  |

**Debtor**
**2020 McGowen, LLC,** *Petitioner*
832 Yale
Houston, TX 77007
HARRIS-TX
Tax ID / EIN: 47-1084747

represented by **Lee Keller King**
The King Law Firm
416 Westheimer
Houston, TX 77006
(713) 623-8200
Fax : (713) 6230-8400
Email: leekellerking@gmail.com

**Johnie J Patterson**
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301
713-956-5577
Fax : 713-956-5570
Email: jjp@walkerandpatterson.com

**Larry A. Vick**
Attorney at Law
10497 Town & Country Way, Suite 700
Houston, TX 77024
713-239-1062
Fax : 832-202-2821
Email: lv@larryvick.com

**Trustee**
**Randy W Williams**
Thompson & Knight LLP
811 Main St.
Suite 2500
Houston, TX 77002
713-654-8111
*TERMINATED: 08/09/2017*

**U.S. Trustee**
**US Trustee**
Office of the US Trustee
515 Rusk Ave

represented by **Hector Duran**
U.S. Trustee
515 Rusk
Ste 3516

Ste 3516  
Houston, TX 77002  
713-718-4650

Houston, Tx 77002  
7137184650  
Email: Hector.Duran.Jr@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/01/2017 | 1 (4 pgs) | Chapter 7 Voluntary Petition for Non-Individuals . Fee Amount $335 Filed by 2020 McGowen, LLC. (King, Lee) (Entered: 05/01/2017) |
| 05/01/2017 | | Receipt of Voluntary Petition (Chapter 7)(17-32788) [misc,volp7] ( 335.00) Filing Fee. Receipt number 18968376. Fee amount $ 335.00. (U.S. Treasury) (Entered: 05/01/2017) |
| 05/02/2017 | 2 (1 pg) | Notice and Order regarding exchanging of exhibits and witness lists in all contested matters and adversary proceedings. (Entered: 05/02/2017) |
| 05/04/2017 | 3 (2 pgs) | BNC Certificate of Mailing. (Related document(s):2 Order Regarding the Exchange of Exhibits and Witness lists in all contested matters and adversary proceedings) No. of Notices: 1. Notice Date 05/04/2017. (Admin.) (Entered: 05/05/2017) |
| 05/08/2017 | 4 (4 pgs) | Order: Possible Future Dismissal of Case. Court advises that 11 U.S.C. Section 521(i) requires automatic dismissal if information required by Section 521(a)(1) is not filed. Signed on 5/8/2017 (MonicaBalboaadi) (Entered: 05/08/2017) |
| 05/08/2017 | 5 (2 pgs) | Initial Order for Prosecution Signed on 5/8/2017 (MonicaBalboaadi) (Entered: 05/08/2017) |
| 05/08/2017 | 6 (3 pgs) | Notice of Appearance and Request for Notice Filed by William S Chesney III Filed by on behalf of Melissa Zaplatar, Charles Turner, Gene Swanberg, Suresh Penikalapati, Scot Hill and Lisa Hill, Equity Trust Co. f/b/o Richard Allan Froom IRA 112932, Stallion Funding, L.L.C. (Chesney, William) (Entered: 05/08/2017) |
| 05/08/2017 | 7 (3 pgs) | Notice of Appearance and Request for Notice Filed by William S Chesney III, William L Van Fleet II Filed by on behalf of Equity Trust Co. f/b/o Richard Allan Froom IRA 112932, Scot Hill and Lisa Hill, Stallion Funding, L.L.C., Suresh Penikalapati, Gene Swanberg, Charles Turner (Van Fleet, William) (Entered: 05/08/2017) |
| 05/10/2017 | 8 (3 pgs) | BNC Certificate of Mailing. (Related document(s):5 Initial Order for Prosecution) No. of Notices: 1. Notice Date 05/10/2017. (Admin.) (Entered: 05/11/2017) |
| 05/10/2017 | 9 (5 pgs) | BNC Certificate of Mailing. (Related document(s):4 Order: Possible Future Dismissal of Case) No. of Notices: 1. Notice |

| | | |
|---|---|---|
| | | Date 05/10/2017. (Admin.) (Entered: 05/11/2017) |
| 05/15/2017 | 10<br>(3 pgs; 2 docs) | Motion *To Extend Deadline to File Schedules* Filed by Debtor 2020 McGowen, LLC (Attachments: # 1 Proposed Order Extending Deadline to File Schedules) (King, Lee) (Entered: 05/15/2017) |
| 05/25/2017 | 11<br>(3 pgs; 2 docs) | Motion to Convert Case From Chapter 7 to 11 . Fee Amount $922. Filed by Debtor 2020 McGowen, LLC (Attachments: # 1 Proposed Order Converting Chapter 7 to Chapter 11 Bankruptcy) (King, Lee) (Entered: 05/25/2017) |
| 05/25/2017 | | Receipt of Motion to Convert Case From Chapter 7 to 11(17-32788) [motion,mcn7to11] ( 922.00) Filing Fee. Receipt number 19043295. Fee amount $ 922.00. (U.S. Treasury) (Entered: 05/25/2017) |
| 06/09/2017 | 12<br>(1 pg) | Order Granting Motion (Related Doc # 10) Signed on 6/9/2017. (aalo) (Entered: 06/09/2017) |
| 06/11/2017 | 13<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):12 Generic Order) No. of Notices: 1. Notice Date 06/11/2017. (Admin.) (Entered: 06/11/2017) |
| 06/23/2017 | 14<br>(4 pgs) | Amended Petition (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 06/23/2017) |
| 06/23/2017 | 15<br>(32 pgs) | Non-Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders , Disclosure of Compensation of Attorney for Debtor , Schedule A/B: Property Non-Individual , Schedule D Non-Individual-Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 06/23/2017) |
| 06/23/2017 | 16<br>(5 pgs; 3 docs) | Application to Employ Larry A. Vick as Attorney for Debtor in Possession. Objections/Request for Hearing Due in 21 days. Filed by Debtor 2020 McGowen, LLC (Attachments: # 1 Index Affidavit of Proposed Attorney # 2 Proposed Order) (Vick, Larry) (Entered: 06/23/2017) |
| 07/26/2017 | 17<br>(30 pgs; 5 docs) | Motion for Relief from Stay *(Lots 1-12, Block 1, Viewpoint Square Replat No. 2)*. Fee Amount $181. Filed by Creditor Stallion Funding, L.L.C. Hearing scheduled for 8/18/2017 at 10:00 AM at Houston, Courtroom 400 (DRJ). (Attachments: # 1 Exhibit A, Deed of Trust # 2 Exhibit B, Promissory Note # 3 Exhibit C, Payment History # 4 Proposed Order (Lots 1-12, Blk 1)) (Chesney, William) (Entered: 07/26/2017) |

| Date | Doc # | Description |
|---|---|---|
| 07/26/2017 | | Receipt of Motion for Relief From Stay(17-32788) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19225930. Fee amount $ 181.00. (U.S. Treasury) (Entered: 07/26/2017) |
| 07/26/2017 | 18 (29 pgs; 5 docs) | Motion for Relief from Stay *(Lots 13-17, Block 1, of Viewpoint Square Replat No. 2)*. Fee Amount $181. Filed by Creditor Stallion Texas Real Estate Fund, L.L.C. Hearing scheduled for 8/18/2017 at 10:00 AM at Houston, Courtroom 400 (DRJ). (Attachments: # 1 Exhibit A, Deed of Trust # 2 Exhibit B, Promissory Note # 3 Exhibit C, Payment History # 4 Proposed Order (Lots 13-17, Blk 1)) (Chesney, William) (Entered: 07/26/2017) |
| 07/26/2017 | | Receipt of Motion for Relief From Stay(17-32788) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19226500. Fee amount $ 181.00. (U.S. Treasury) (Entered: 07/26/2017) |
| 07/26/2017 | 19 (29 pgs; 5 docs) | Motion for Relief from Stay *(Lots 18-23, Block 1, of Viewpoint Square Replat No. 2)*. Fee Amount $181. Filed by Creditor Stallion Funding, L.L.C. Hearing scheduled for 8/18/2017 at 10:00 AM at Houston, Courtroom 400 (DRJ). (Attachments: # 1 Exhibit A, Deed of Trust # 2 Exhibit B, Promissory Note # 3 Exhibit C, Payment History # 4 Proposed Order (Lots 18-23, Block 1, of Viewpoint Square Replat No. 2)) (Chesney, William) (Entered: 07/26/2017) |
| 07/26/2017 | | Receipt of Motion for Relief From Stay(17-32788) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19226916. Fee amount $ 181.00. (U.S. Treasury) (Entered: 07/26/2017) |
| 08/09/2017 | 20 (1 pg) | Order Approving Appointment of Attorney (Related Doc # 16) Signed on 8/9/2017. (aalo) (Entered: 08/11/2017) |
| 08/09/2017 | 21 (1 pg) | Order Granting Motion To Convert Case from Chapter 7 to Chapter 11 (Related Doc # 11). Trustee Randy W Williams removed from the case. Trustee Signed on 8/9/2017. (aalo) (Entered: 08/11/2017) |
| 08/11/2017 | 22 (41 pgs; 2 docs) | Response (related document(s):17 Motion for Relief From Stay). Filed by 2020 McGowen, LLC (Attachments: # 1 Exhibit) (Vick, Larry) (Entered: 08/11/2017) |
| 08/11/2017 | 23 (41 pgs; 2 docs) | Response (related document(s):18 Motion for Relief From Stay). Filed by 2020 McGowen, LLC (Attachments: # 1 Exhibit) (Vick, Larry) (Entered: 08/11/2017) |
| 08/11/2017 | 24 (41 pgs; 2 docs) | Response (related document(s):19 Motion for Relief From Stay). Filed by 2020 McGowen, LLC (Attachments: # 1 Exhibit) (Vick, Larry) (Entered: 08/11/2017) |

| | | |
|---|---|---|
| 08/13/2017 | [25](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s):21 Order on Motion to Convert Case From Chapter 7 to 11) No. of Notices: 10. Notice Date 08/13/2017. (Admin.) (Entered: 08/13/2017) |
| 08/13/2017 | [26](#) (2 pgs) | BNC Certificate of Mailing. (Related document(s):20 Order on Application to Employ) No. of Notices: 1. Notice Date 08/13/2017. (Admin.) (Entered: 08/13/2017) |
| 08/16/2017 | [27](#) (2 pgs) | Exhibit List (Filed By 2020 McGowen, LLC ).(Related document(s):17 Motion for Relief From Stay, 18 Motion for Relief From Stay, 19 Motion for Relief From Stay) (Vick, Larry) (Entered: 08/16/2017) |
| 08/16/2017 | [28](#) (2 pgs) | Witness List (Filed By 2020 McGowen, LLC ).(Related document(s):17 Motion for Relief From Stay, 18 Motion for Relief From Stay, 19 Motion for Relief From Stay) (Vick, Larry) (Entered: 08/16/2017) |
| 08/16/2017 | [29](#) (5 pgs) | Withdraw Document (Filed By Stallion Funding, L.L.C. ). (Related document(s):17 Motion for Relief From Stay) (Chesney, William) (Entered: 08/16/2017) |
| 08/16/2017 | [30](#) (5 pgs) | Withdraw Document (Filed By Stallion Texas Real Estate Fund, L.L.C. ).(Related document(s):18 Motion for Relief From Stay) (Chesney, William) (Entered: 08/16/2017) |
| 08/16/2017 | [31](#) (5 pgs) | Withdraw Document (Filed By Stallion Funding, L.L.C. ). (Related document(s):19 Motion for Relief From Stay) (Chesney, William) (Entered: 08/16/2017) |
| 08/18/2017 | | Notice of Appearance and Request for Notice Filed by Hector Duran (Duran, Hector) (Entered: 08/18/2017) |
| 08/22/2017 | [32](#) (2 pgs) | Chapter 11 Meeting of Creditors for Individual Debtor Set 341(a) meeting to be held on 9/19/2017 at 10:00 AM at Houston, 515 Rusk Suite 3401. Proofs of Claims due by 12/18/2017. (Duran, Hector) (Entered: 08/22/2017) |
| 08/25/2017 | [33](#) (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):32 Chapter 11 Meeting of Creditors for Individual Debtor Set) No. of Notices: 12. Notice Date 08/25/2017. (Admin.) (Entered: 08/25/2017) |
| 09/19/2017 | | Meeting of Creditors Held. Debtor appeared. Hearing concluded on 9/19/2017. (Related document(s):32 Chapter 11 Meeting of Creditors for Individual Debtor Set) (Duran, Hector) (Entered: 09/19/2017) |
| 09/19/2017 | [34](#) (1 pg) | Notice *to Debtor of Outstanding UST Compliance Matters*. Filed by US Trustee (Duran, Hector) (Entered: 09/19/2017) |

| | | |
|---|---|---|
| 09/19/2017 | 35 (2 pgs) | Notice of Inability to Appoint Creditors' Committee by the United States Trustee (Duran, Hector) (Entered: 09/19/2017) |
| 11/07/2017 | 36 (31 pgs; 5 docs) | Motion for Relief from Stay *(Lots 1-12, Block 1, Viewpoint Square Replat No. 2)*. Fee Amount $181. Filed by Creditors Kenneth Hollins, Austerra Stable Growth Fund, L.P., Stallion Funding, L.L.C. Hearing scheduled for 12/7/2017 at 02:00 PM at Houston, Courtroom 400 (DRJ). (Attachments: # 1 Exhibit A, Deed of Trust # 2 Exhibit B, Promissory Note # 3 Exhibit C, Payment History # 4 Proposed Order (Lots 1-12, Block 1)) (Chesney, William) (Entered: 11/07/2017) |
| 11/07/2017 | | Receipt of Motion for Relief From Stay(17-32788) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19507526. Fee amount $ 181.00. (U.S. Treasury) (Entered: 11/07/2017) |
| 11/07/2017 | 37 (29 pgs; 5 docs) | Motion for Relief from Stay *(Lots 13-17, Block 1, Viewpoint Square Replat No. 2)*. Fee Amount $181. Filed by Creditor Stallion Texas Real Estate Fund, L.L.C. Hearing scheduled for 12/7/2017 at 02:00 PM at Houston, Courtroom 400 (DRJ). (Attachments: # 1 Exhibit A, Deed of Trust # 2 Exhibit B, Promissory Note # 3 Exhibit C, Payment History # 4 Proposed Order (Lots 13-17, Blk1)) (Chesney, William) (Entered: 11/07/2017) |
| 11/07/2017 | | Receipt of Motion for Relief From Stay(17-32788) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19507621. Fee amount $ 181.00. (U.S. Treasury) (Entered: 11/07/2017) |
| 11/07/2017 | 38 (30 pgs; 5 docs) | Motion for Relief from Stay *(Lots 18-23, Block 1, Viewpoint Square Replat No. 2)*. Fee Amount $181. Filed by Creditors Austerra Stable Growth Fund, L.P., Equity Trust Co. f/b/o Richard Allan Froom IRA 112932, Scot Hill and Lisa Hill, Stallion Funding, L.L.C., Suresh Penikalapati, Charles Turner, Melissa Zaplatar Hearing scheduled for 12/7/2017 at 02:00 PM at Houston, Courtroom 400 (DRJ). (Attachments: # 1 Exhibit A, Deed of Trust # 2 Exhibit B, Promissory Note # 3 Exhibit C, Payment History # 4 Proposed Order (Lots 18-23, Blk 1)) (Chesney, William) (Entered: 11/07/2017) |
| 11/07/2017 | | Receipt of Motion for Relief From Stay(17-32788) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19507632. Fee amount $ 181.00. (U.S. Treasury) (Entered: 11/07/2017) |
| 12/01/2017 | 39 (41 pgs; 2 docs) | Response (related document(s):36 Motion for Relief From Stay). Filed by 2020 McGowen, LLC (Attachments: # 1 Exhibit A) (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 40 | Response (related document(s):37 Motion for Relief From |

| | | |
|---|---|---|
| | (41 pgs; 2 docs) | Stay). Filed by 2020 McGowen, LLC (Attachments: # 1 Exhibit A) (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 41 (41 pgs; 2 docs) | Response (related document(s):38 Motion for Relief From Stay). Filed by 2020 McGowen, LLC (Attachments: # 1 Exhibit A) (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 42 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period May 2017 (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 43 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period June 2017 (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 44 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period July 2017 (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 45 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period August 2017 (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 46 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period September 2017 (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 12/01/2017) |
| 12/01/2017 | 47 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period October 2017 (Filed By 2020 McGowen, LLC ). (Vick, Larry) (Entered: 12/01/2017) |
| 12/05/2017 | 48 (2 pgs) | Exhibit List (Filed By 2020 McGowen, LLC ).(Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay) (Vick, Larry) (Entered: 12/05/2017) |
| 12/05/2017 | 49 (2 pgs) | Witness List (Filed By 2020 McGowen, LLC ).(Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay) (Vick, Larry) (Entered: 12/05/2017) |
| 12/05/2017 | 50 (5 pgs) | Exhibit List (Filed By 2020 McGowen, LLC ).(Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay) (Chesney, William) (Entered: 12/05/2017) |
| 12/05/2017 | 51 (5 pgs) | Witness List (Filed By 2020 McGowen, LLC ).(Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay) (Chesney, William) (Entered: 12/05/2017) |

| | | |
|---|---|---|
| 12/07/2017 | 52 | Courtroom Minutes. Time Hearing Held: 2:20 pm End Time: 6:51 pm. (Related document(s):36 Motion for Relief from Stay, 37 Motion for Relief from Stay, 38 Motion for Relief from Stay). Larry A Vick, Miriam T Goott, and Johnie Patterson for the Debtor, William S Chesney, III for Stallion Funding, L.L.C.; Witnesses: Vincent Michael Balagia, Paul Zabal. Stallion Funding's Exhibits 1 2 3 4 5 6 7 8 9 25 26 27 28 29 30 admitted. The Court took judicial notice that the bankruptcy was initially filed 5/1/2017. The Court took judicial notice that 8//1/2017 occurs after 5/1/2017. The Court took judicial notice that, on 4/28/2017, in Cause No. 2017-28645 in the 234th Judicial District of Harris County, a temporary restraining order was entered. The Court took judicial notice that, on 12/1/2017, the Debtor-In-Possession Monthly Operating Report for Filing Period May 2017 was filed at Docket No. 42. The parties announced an interim agreement. An agreed order will be uploaded. Hearing scheduled for 2/7/2018 at 02:00 PM at Houston, Courtroom 400 (DRJ). (efre) Modified on 12/8/2017 (LinhthuDo). (Entered: 12/08/2017) |
| 12/20/2017 | 53 (21 pgs; 5 docs) | Emergency Motion , Motion to Sell Free and Clear of Liens as Described in Section 363(f). Objections/Request for Hearing Due in 21 days. Fee Amount $181. Filed by Debtor 2020 McGowen, LLC (Attachments: # 1 Exhibit Proposed Contract # 2 Service # 3 Proposed Order Setting Hearing # 4 Proposed Order) (Patterson, Johnie) (Entered: 12/20/2017) |
| 12/21/2017 | | Certificate of Telephone Notice. Contacted J Patterson. Movant to notice all interested parties and file a certificate of service with the court (Related document(s):53 Emergency Motion, Motion to Sell) Hearing scheduled for 12/22/2017 at 09:00 AM at Houston, Courtroom 400 (DRJ). If an agreed order is submitted prior to the hearing, the setting will be canceled. (efre) (Entered: 12/21/2017) |
| 12/21/2017 | 54 (5 pgs; 2 docs) | Objection *and Response to Debtor's Emergency Application to Approve and Allow Sale of Property Free and Clear of Liens* (related document(s):53 Emergency Motion, Motion to Sell). Filed by Stallion Texas Real Estate Fund, L.L.C. (Attachments: # 1 Proposed Order) (Chesney, William) (Entered: 12/21/2017) |
| 12/21/2017 | 55 (1 pg) | Witness List, Exhibit List (Filed By 2020 McGowen, LLC ). (Related document(s):53 Emergency Motion, Motion to Sell, Certificate of Notice) (Patterson, Johnie) (Entered: 12/21/2017) |
| 12/22/2017 | 56 (3 pgs) | Exhibit List (Filed By Stallion Texas Real Estate Fund, L.L.C. ).(Related document(s):53 Emergency Motion, Motion to Sell) (Chesney, William) (Entered: 12/22/2017) |
| 12/22/2017 | 57 | Courtroom Minutes. (Related document(s):53 Emergency Motion, Motion to Sell, 54 Objection) W. Chesney; W. Van Fleet for Stallion; J. Patterson for the debtor. Debtor exhibits 1-5 admitted. Stallion exhibits 1-3 admitted. Witness Terry |

| | | |
|---|---|---|
| | | Fisher and Brad Parker for the debtor. V. Balagi and Tony Bruti for Stallion. Motion denied without prejudice for reasons stated on the record. (efre) (Entered: 12/22/2017) |
| 12/23/2017 | 58 (2 pgs) | Proposed Order Submission After Hearing (Filed By Stallion Funding, L.L.C. ).(Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay) (Chesney, William) (Entered: 12/23/2017) |
| 12/28/2017 | | Receipt of Motion to Sell(17-32788) [motion,msell] ( 181.00) Filing Fee. Receipt number 19637652. Fee amount $ 181.00. (U.S. Treasury) (Entered: 12/28/2017) |
| 12/28/2017 | 59 (13 pgs; 5 docs) | Emergency Motion , Motion to Sell Free and Clear of Liens as Described in Section 363(f). Objections/Request for Hearing Due in 21 days. Fee Amount $181. Filed by Debtor 2020 McGowen, LLC (Attachments: # 1 Offer # 2 Service # 3 Proposed Order Setting Hearing # 4 Proposed Order) (Patterson, Johnie) (Entered: 12/28/2017) |
| 12/29/2017 | 60 (1 pg) | Order (Related Doc # 53) Signed on 12/29/2017. (aalo) (Entered: 12/29/2017) |
| 12/29/2017 | 61 (1 pg) | Order (Related Doc # 59) Signed on 12/29/2017. (aalo) (Entered: 12/29/2017) |
| 12/29/2017 | 62 (2 pgs) | Order on Motions for Relief From Stay Signed on 12/29/2017 (Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay) Hearings scheduled for 2/7/2018 at 02:00 PM at Houston, Courtroom 400 (DRJ). (aalo) (Entered: 12/29/2017) |
| 12/31/2017 | 63 (3 pgs) | BNC Certificate of Mailing. (Related document(s):61 Order on Emergency Motion) No. of Notices: 1. Notice Date 12/31/2017. (Admin.) (Entered: 12/31/2017) |
| 12/31/2017 | 64 (4 pgs) | BNC Certificate of Mailing. (Related document(s):62 Order Setting Hearing) No. of Notices: 1. Notice Date 12/31/2017. (Admin.) (Entered: 12/31/2017) |
| 01/04/2018 | | Receipt of Motion to Sell(17-32788) [motion,msell] ( 181.00) Filing Fee. Receipt number 19653878. Fee amount $ 181.00. (U.S. Treasury) (Entered: 01/04/2018) |
| 01/10/2018 | 65 (3 pgs) | Notice of Default (Filed By Stallion Funding, L.L.C., Stallion Texas Real Estate Fund, L.L.C. ).(Related document(s):62 Order Setting Hearing) (Chesney, William) (Entered: 01/10/2018) |
| 01/25/2018 | 66 (23 pgs) | Disclosure Statement Filed by 2020 McGowen, LLC. (Patterson, Johnie) (Entered: 01/25/2018) |

| Date | Doc # | Description |
|---|---|---|
| 01/25/2018 | 67 (25 pgs) | Chapter 11 Plan of Reorganization Filed by 2020 McGowen, LLC. (Patterson, Johnie) (Entered: 01/25/2018) |
| 01/29/2018 | 68 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM Daily (24 hours) by Lloyd E. Kelley. This is to order a transcript of 12/7/17 before Judge David R. Jones. Court Reporter/Transcriber: GLR Transcribing Services (Filed By 2020 McGowen, LLC ). (Kelley, Lloyd)Electronically forwarded to Exceptional Reporting on 1/29/2018. Estimated completion date 1/30/2018. Modified on 1/29/2018 (ShoshanaArnow). (Entered: 01/29/2018) |
| 01/30/2018 | 69 | Transcript RE: TESTIMONY OF VINCENT BALAGIA DURING MOTION HEARING held on 12/7/17 before Judge DAVID R. JONES. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 04/30/2018. (thud) (Entered: 01/30/2018) |
| 01/31/2018 | 70 (1 pg) | Notice of Filing of Official Transcript as to 69 Transcript. Parties notified (Related document(s):69 Transcript) (dhan) (Entered: 01/31/2018) |
| 01/31/2018 | 71 (2 pgs) | Order Under 11 USC 1125 and FED.R.BANKR.P. 3017 Conditionally Approving Disclosure Statement and Fixing Deadlines for Voting and Objections and Setting Final Hearing on Disclosure Statement and Confirmation Hearing Signed on 1/31/2018 (Related document(s): Certificate of Notice, 66 Disclosure Statement). A Hearing on Disclosure Statement and Confirmation to be held on 3/5/2018 at 02:00 PM at Houston, Courtroom 400 (DRJ). (Entered: 01/31/2018) |
| 02/01/2018 | 72 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM 14-Day by Lloyd E. Kelley. This is to order a transcript of Emergency Motion, Motion to Sell Free and Clear of Liens as Described in Section 363(f) 12/22/2017 before Judge David R. Jones. Court Reporter/Transcriber: Exceptional Reporting Services (Filed By 2020 McGowen, LLC ). (Kelley, Lloyd) Electronically forwarded to Exceptional Reporting on 2/2/2018. Estimated completion date 2/16/2018. Modified on 2/2/2018 (ShoshanaArnow). (Entered: 02/01/2018) |
| 02/02/2018 | 73 (3 pgs) | BNC Certificate of Mailing. (Related document(s):70 Notice of Filing of Official Transcript (Form)) No. of Notices: 1. Notice Date 02/02/2018. (Admin.) (Entered: 02/02/2018) |
| 02/02/2018 | 74 (4 pgs) | BNC Certificate of Mailing. (Related document(s):71 Order Setting Hearing) No. of Notices: 1. Notice Date 02/02/2018. (Admin.) (Entered: 02/02/2018) |
| 02/07/2018 | | Courtroom Minutes. Time Hearing Held: 2:04 pm. Appearances: Johnie Patterson and Larry A Vick for the Debtor, William S Chesney, III for Stallion Funding, L.L.C. |

| | | |
|---|---|---|
| | | (Related document(s):36 Motion for Relief From Stay, 37 Motion for Relief From Stay, 38 Motion for Relief From Stay, 62 Order Setting Hearing) Pursuant to the Court's prior order, no further action is required. (LinhthuDo) (Entered: 02/07/2018) |
| 02/08/2018 | 75 (15 pgs; 3 docs) | Motion for Approval *of Informal Proofs of Claim*. Objections/Request for Hearing Due in 21 days. Filed by Creditors Austerra Stable Growth Fund, L.P., Equity Trust Co. f/b/o Richard Allan Froom IRA 112932, Kenneth Hollins, Scot Hill and Lisa Hill, Stallion Funding, L.L.C., Stallion Texas Real Estate Fund, L.L.C., Suresh Penikalapati, Gene Swanberg, Charles Turner, Melissa Zaplatar (Attachments: # 1 Exhibit 1, Temporary Restraining Order [2.1.18] # 2 Proposed Order) (Chesney, William) (Entered: 02/08/2018) |
| 02/09/2018 | 76 | Transcript RE: TESTIMONY OF VINCENT BALAGIA AND ANTHONY BRUTI held on 12/22/17 before Judge DAVID R. JONES. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 05/10/2018. (thud) (Entered: 02/09/2018) |
| 02/12/2018 | 77 (1 pg) | Notice of Filing of Official Transcript as to 76 Transcript. Parties notified (Related document(s):76 Transcript) (hcar) (Entered: 02/12/2018) |
| 02/14/2018 | 78 (3 pgs) | BNC Certificate of Mailing. (Related document(s):77 Notice of Filing of Official Transcript (Form)) No. of Notices: 1. Notice Date 02/14/2018. (Admin.) (Entered: 02/14/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/18/2018 13:40:16 | | | |
| **PACER Login:** | wp0069:2663550:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 17-32788 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |