T-0168b.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2020 MCGOWEN, L.L.C., | § | CASE NO. 17-32788-H2-11 |
| | § | |
| **Debtor** | § | **Chapter 11** |
| | § | |
| KAVAC HOLDING COMPANY, L.L.C., 2020 MCGOWEN, L.L.C. et al., | § | |
| | § | |
| **Plaintiffs** | § | |
| vs. | § | |
| | § | **ADVERSARY NO.**_____ |
| PAULL & PARTNERS, L.L.C., STALLION FUNDING, L.L.C., STALLION TEXAS REAL ESTATE FUND, L.L.C., AUSTERRA STABLE GROWTH FUND, L.P., EQUITY TRUST COMPANY, VINCE BALAGIA, KENNETH HOLLINS, KRISTI A. SLAUGHTER, BENJAMIN K. WILLIAMS AND BEN WILLIAMS, P.L.L.C. et al., | § | |
| **Defendants** | § | |

## INDEX OF DOCUMENTS AND ITEMS

1. The live pleadings in the State Court case; (Case No. 2016-64847, styled *KAVAC Holding Company, L.L.C. et al. vs. Paull & Partners, L.L.C. et al.*, in the 190th District Court, Harris County, Texas.

2. All relevant Orders entered and signed by the presiding State Court Judge.

3. A list of all names and addresses of the parties.

4. A list of the name, address, telephone no. and email address of the counsel for each party.

Exhibit A