UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 17-32788 |
|---|---|---|
| | § | |
| 2020 MCGOWEN, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,520,323.35 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $11,368.75 | | |

3) Total gross receipts of $1,531,692.10 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,531,692.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $49,054.00 | $3,416,961.57 | $2,920,323.35 | $1,520,323.35 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $70,569.51 | $70,569.51 | $11,368.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $817.18 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $28,273.50 | $0.00 | $496,638.22 | $0.00 |
| **Total Disbursements** | $78,144.68 | $3,487,531.08 | $3,487,531.08 | $1,531,692.10 |

4). This case was originally filed under chapter 11 on 05/01/2017. The case was converted to one under Chapter 7 on 11/06/2018. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2020        By: /s/ Allison D. Byman
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Proceeds from Sale of Property during chapter 11; held in registry of the court | 1210-000 | $1,530,192.10 |
| Unscheduled causes of action against Stallion Funding LLC, Austerra Stable Growth Fund, LP, Kenneth Hollins, Adams Realt | 1249-000 | $1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,531,692.10** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | House of Power Electric, LC | 4110-000 | $49,054.00 | $49,054.00 | $49,054.00 | $49,054.00 |
| 2 | Stallion Funding, L.L.C. | 4110-000 | $0.00 | $552,856.88 | $56,218.66 | $0.00 |
| 3 | Stallion Funding, L.L.C. | 4110-000 | $0.00 | $391,664.85 | $391,664.85 | $0.00 |
| 4 | Stallion Funding, L.L.C. | 4110-000 | $0.00 | $952,116.49 | $952,116.49 | $0.00 |
|  | Stallion Funding, LLC | 4110-000 | $0.00 | $1,471,269.35 | $1,471,269.35 | $1,471,269.35 |
| **TOTAL SECURED CLAIMS** | | | **$49,054.00** | **$3,416,961.57** | **$2,920,323.35** | **$1,520,323.35** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, Trustee | 2100-000 | NA | $69,200.76 | $69,200.76 | $10,000.00 |
| Allison D. Byman, Trustee | 2200-000 | NA | $393.75 | $393.75 | $393.75 |
| U.S. Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$70,569.51** | **$70,569.51** | **$11,368.75** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Management District | 5800-000 | $817.18 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $817.18 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Stallion Funding, L.L.C., | 7100-000 | $0.00 | $0.00 | $496,638.22 | $0.00 |
| | Cepeda Drywall | 7100-000 | $23,421.00 | $0.00 | $0.00 | $0.00 |
| | Houston Dump Truck and Trailers | 7100-000 | $4,852.50 | $0.00 | $0.00 | $0.00 |
| | Nick's Plumbing & Sewer Service, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Paull & Partners Investments LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,273.50 | $0.00 | $496,638.22 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1
Exhibit 8

| Case No.: | 17-32788-H2-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | 2020 MCGOWEN, LLC | Date Filed (f) or Converted (c): | 11/06/2018 (c) |
| For the Period Ending: | 10/19/2020 | §341(a) Meeting Date: | 12/20/2018 |
| | | Claims Bar Date: | 12/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Proceeds from Sale of Property during chapter 11; held in registry of the court  (u) | $0.00 | $1,479,701.03 | | $1,530,192.10 | FA |
| Asset Notes:   Dkt 100 was sale of property; dkt 214 allows proceeds to be paid to chapter 7 estate from Registry of the Court | | | | | |
| 2  Unscheduled causes of action against Stallion Funding LLC, Austerra Stable Growth Fund, LP, Kenneth Hollins, Adams Realty, et al. (listed in docket 225)  (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**
$0.00    $1,481,201.03    $1,531,692.10    $0.00

**Major Activities affecting case closing:**

| 07/22/2020 | Notice of withdrawal of TFR filed.  See dkt. 223.  Motion to sell litigation claims filed.  See dkt 222 |
| 07/01/2020 | NFR filed |
| 03/27/2020 | Settlements filed 3/26 to disburse funds in registry to the estate and Stallions claims resolved via stipulation; TFR date expected to be correct |
| 01/28/2020 | Trustee waiting for tax analysis from accountants.  Then will pursue settlement. |

Initial Projected Date Of Final Report (TFR):   12/30/2020        /s/ ALLISON D. BYMAN
Current Projected Date Of Final Report (TFR):                      ALLISON D. BYMAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-32788-H2-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | 2020 MCGOWEN, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4747 | | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/1/2017 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 10/19/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2020 | (1) | Registry of the Court | Proceeds from Registry of the Court; dkt 214 3/31/20 | 1210-000 | $1,530,192.10 | | $1,530,192.10 |
| 08/20/2020 | (2) | Stallion Funding | Sale of Claims; dkt 225 | 1249-000 | $1,500.00 | | $1,531,692.10 |
| 09/22/2020 | 3001 | Allison D. Byman | Trustee Compensation | 2100-000 | | $10,000.00 | $1,521,692.10 |
| 09/22/2020 | 3002 | Allison D. Byman | Trustee Expenses | 2200-000 | | $393.75 | $1,521,298.35 |
| 09/22/2020 | 3003 | House of Power Electric, LC | Distribution Claim #: 1; | 4110-000 | | $49,054.00 | $1,472,244.35 |
| 09/22/2020 | 3004 | Stallion Funding, L.L.C. | Distribution Claim #: 2; | 4110-000 | | $56,218.66 | $1,416,025.69 |
| 09/22/2020 | 3005 | Stallion Funding, L.L.C., | Distribution Claim #: 2; | 7100-000 | | $71,269.35 | $1,344,756.34 |
| 09/22/2020 | 3006 | Stallion Funding, L.L.C. | Distribution Claim #: 3; | 4110-000 | | $391,664.85 | $953,091.49 |
| 09/22/2020 | 3007 | Stallion Funding, L.L.C. | Distribution Claim #: 4; | 4110-000 | | $952,116.49 | $975.00 |
| 09/22/2020 | 3008 | U.S. Trustee | Distribution Claim #: 5; | 2950-000 | | $975.00 | $0.00 |
| 09/23/2020 | 3004 | STOP PAYMENT: Stallion Funding, L.L.C. | Distribution Claim #: 2; | 4110-004 | | ($56,218.66) | $56,218.66 |
| 09/23/2020 | 3005 | STOP PAYMENT: Stallion Funding, L.L.C., | Distribution Claim #: 2; | 7100-004 | | ($71,269.35) | $127,488.01 |
| 09/23/2020 | 3006 | STOP PAYMENT: Stallion Funding, L.L.C. | Distribution Claim #: 3; | 4110-004 | | ($391,664.85) | $519,152.86 |
| 09/23/2020 | 3007 | STOP PAYMENT: Stallion Funding, L.L.C. | Distribution Claim #: 4; | 4110-004 | | ($952,116.49) | $1,471,269.35 |
| 09/24/2020 | | Stallion Funding, LLC | Distribution payment for claims | 4110-000 | | $1,471,269.35 | $0.00 |

**SUBTOTALS**  $1,531,692.10    $1,531,692.10

Page No: 2                  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 17-32788-H2-7 | **Trustee Name:** | Allison D. Byman |
| **Case Name:** | 2020 MCGOWEN, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4747 | **Checking Acct #:** | ******8801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/1/2017 | **Blanket bond (per case limit):** | $89,692,000.00 |
| **For Period Ending:** | 10/19/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $1,531,692.10 | $1,531,692.10 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,531,692.10 | $1,531,692.10 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,531,692.10 | $1,531,692.10 | |

**For the period of 5/1/2017 to 10/19/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,531,692.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,531,692.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,531,692.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,531,692.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2020 to 10/19/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,531,692.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,531,692.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,531,692.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,531,692.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 17-32788-H2-7 | | **Trustee Name:** | Allison D. Byman |
| **Case Name:** | 2020 MCGOWEN, LLC | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4747 | | **Checking Acct #:** | ******8801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/1/2017 | | **Blanket bond (per case limit):** | $89,692,000.00 |
| **For Period Ending:** | 10/19/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,531,692.10 | $1,531,692.10 | $0.00 |

**For the period of 5/1/2017 to 10/19/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,531,692.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,531,692.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,531,692.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,531,692.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/06/2018 to 10/19/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,531,692.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,531,692.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,531,692.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,531,692.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN